## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **United Brotherhood of Carpenters v. Tappan Zee Constructors**  Docket No.: **15-1002**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Gillian Costello**

Firm: **Spivak Lipton LLP**

Address: **1700 Broadway, Suite 2100**

Telephone: **(212) 765-2100**     Fax: **(212) 765-8954**

E-mail: **gcostello@spivaklipton.com**

Appearance for: **United Brotherhood of Carpenters**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **James M. Murphy/Spivak Lipton** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **6/30/14**     OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: **Gillian Costello**